Jeffrey S. Kravitz, SBN 66481
jskravitz@foxrothschild.com
Patrick J. Hagan, SBN 266237
phagan@foxrothschild.com
Margo J. Arnold, SBN 278288
marnold@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: 310-598-4150
Fax: 310-556-9828

Attorneys for Defendants
Screen Actors Guild-Producers Pension Plan and
Board of Trustees Screen Actors Guild-Producers
Pension Plan

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HOFFMAN, | Case No.: 2:16-cv-01530-R-AJW |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN, an ERISA plan; BOARD OF TRUSTEES SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN, a plan administrator; DOES 1 through 10, | |
| Defendants. | |

The Court having granted the Motion for Summary Judgment ("Motion") filed by the Screen Actors Guild - Producers Pension Plan (the "Pension Plan") and Screen Actors Guild - Producers Pension Plan and Board of Trustees (collectively, "Defendants"), based upon the papers and evidence submitted in support of and in opposition to the Motion, and based on the Findings of Fact and Conclusions of Law which are incorporated herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff recover nothing, and that judgment is entered in favor of Defendants.

Dated: November 2, 2016

_____
Hon. Manuel L. Real
UNITED STATES DISTRICT JUDGE

JUDGMENT