Case No.   CV-16-01530-R-E                                                        Date: August 7, 2019

Title   Hoffman v. Screen Actors Guild Producers Pension Plan, et al.

Present: The Honorable:   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO COMPLY WITH COURT ORDER AND FILE THE PROPER SETTLEMENT DOCUMENTS**

On May 23, 2019, the parties were ORDERED to attend a settlement conference with Magistrate Judge Charles Eick. On June 18, 2019, Magistrate Judge Eick entered a "Settlement Conference Order" ("SC Order") ORDERING the parties to comply with the requirements set forth in the SC Order. On July 22, 2019, because Plaintiff failed to comply with paragraph 7 of the SC Order, Magistrate Judge Eick vacated the settlement conference. Accordingly, no settlement conference was held.

Plaintiff is hereby ORDERED TO SHOW CAUSE in writing by not later than August 13, 2019  why this action should not be dismissed for Plaintiff's failure to comply with Court Order and for failure to file the proper settlement documents.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to timely respond to the Court's Order will result in the dismissal of the action.

**IT IS SO ORDERED.**

0:00

**Initials of Preparer**   cch