UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HOFFMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN, an ERISA plan; BOARD OF TRUSTEES SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN, a plan administrator; DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: 2:16-CV-01530-CJC-E<br><br>Hon. Judge Cormac J. Carney<br><br>**JUDGMENT** |

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Plaintiff Leslie Hoffman ("Plaintiff") is hereby awarded judgment on her claims for relief against Defendants Screen Actors Guild – Producers' Pension Plan (the "Plan") and Board of Trustees (collectively "Defendants"), as follows:

1. This matter is remanded back to Defendants for a further review of their termination of Plaintiff's benefits.

2. Defendants shall pay Plaintiff $54,516.67 in allegedly past-due benefits, pursuant to *Pannebecker v. Liberty Life Assurance Co. of Boston*, 542 F. 3d 1213 (9th Cir. 2008).

3. Any motion for attorneys' fees shall be filed within 14 days of the entry of this judgment.

Dated: February 5, 2020

_____
Hon. Cormac J. Carney
United States District Court